UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA,

v.                                                          CRIMINAL ACTION NO. 5:19-cr-00247

NATALIE P. COCHRAN,

**WRITTEN PLEA OF GUILTY**

In the presence of Rhett Johnson, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charges contained in Counts Six and Eighteen of the Indictment.

DATE: 9/21/2020

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT