### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY

**UNITED STATES OF AMERICA**

v.                                                                      CRIMINAL NO. 5:19-cr-00247

**NATALIE P. COCHRAN**

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the defendant, NATALIE P. COCHRAN, was charged in all counts of a 26-count Indictment in this case with violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1344 (Bank Fraud); 18 U.S.C. § 1028A (Aggravated Identify Theft); 18 U.S.C. § 1957 (Money Laundering); 18 U.S.C. § 157(2) (Bankruptcy Fraud); and 18 U.S.C. § 152(2) (False Oath in a Bankruptcy Proceeding). Defendant, NATALIE P. COCHRAN, appeared before this Court on September 21, 2020, with the assistance of counsel and pled guilty to violations of 18 U.S.C. § 1343 (wire fraud) and 18 U.S.C. § 1957 (unlawful monetary transactions). The Indictment also included a Notice of Forfeiture provision advising that the United States may seek a forfeiture of the following property:

    a.    A forfeiture money judgment of at least $1,000,000, such amount constituting the proceeds of the offenses set forth in the indictment;

    b.    $44,935.01 check for all funds within the First Community Bank account ending in 6739 held in the name of Tactical Solutions Group LLC;

    c.    1965 Shelby Cobra Replica, VIN: AE9BMAAH8H1MT1098, seized during the investigation;

  d.  2017 Yamaha Motorcycle, VIN: 9C6CE22Y5H00, seized during the investigation;

  e.  2014 Big TEX Dump Trailer, VIN: 16VDX122XE5068547, seized during the investigation;

  f.  2017 Yamaha Motorcycle TTR230H, VIN: 9C6CG28Y0H0016654, seized during the investigation;

  g.  2018 Polaris Model 218VFE92BU, VIN: 3NSVFE92XJF410893, seized during the investigation;

  h.  6x14 AFG BigT trailer, VIN: 5JTAU1419DA044992, seized during the investigation;

  i.  Yamaha Timberwolf ATV, VIN: 810E-096235, seized during the investigation;

  j.  2017 Honda Rubicon ATV, VIN: 1HFTE4524H4201152, seized during the investigation;

  k.  Two diamond hoop earrings seized during the investigation;

  l.  Toyota 4Runner, VIN: JTEBU5JR8J5609828;

  m.  2008 Dodge Ram 2500, VIN: 3D7KS28A28G133447, seized during the investigation;

  n.  2014 Sundown Rancher trailer, VIN: 13SKJ2828F1KA9730;

  o.  Real property located at 219 N. Eisenhower Drive, Beckley, West Virginia 25801;

  p.  Real property located at 210 Parkwood Drive, Beckley, West Virginia

25801; and

    q.    The plea agreement provides that real property at 433 4-H Lake Drive, Daniels, West Virginia 25801 will not be forfeited if the defendant pays to the United States the sum of $91,837.43 dollars. As of the date of this filing, the defendant has not remitted any payments to the United States of $ 91,837.43. Accordingly, the United States seeks the forfeiture of the real property located at 433 4-H Lake Drive, Daniels, West Virginia 25832. Based on the record made in this case, the United States has established the requisite nexus between the above-described real property and the offense to which the defendant has pled guilty.

WHEREAS, under the terms of the plea agreement with the United States, the defendant agreed to forfeit the following:

A money judgment in the amount of $1,000,000, such amount which constitutes a portion of the proceeds of the violation set forth in the Indictment, and the property seized during the course of the investigation. Defendant, NATALIE P. COCHRAN, specifically agrees to forfeit her interest in the property set out above listed as items a through q.

ACCORDINGLY, based on the foregoing, the Court hereby

ORDERS that any and all interest of the defendant, NATALIE P. COCHRAN, in the foregoing forfeiture money judgment in the amount of $1,000,000 and the property set out above, be and the same hereby are FORFEITED to the United States pursuant to 18 U.S.C. § 982, 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

The Clerk is directed to send certified copies of this Order to counsel of record and to Special Agent Paul Fritz, United States Secret Service, 300 Summers Street, Suite 910, Charleston, West Virginia, 25301.

IT IS SO ORDERED this 3rd day of December, 2020.



Frank W. Volk
United States District Judge

ORDER PREPARED BY:

/s/ Kathleen E. Robeson
KATHLEEN E. ROBESON
Assistant United States Attorney
VA Bar No. 89526
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone:   304-345-2200
Email:   Kathleen.robeson@usdoj.gov