AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.

NATALIE COCHRAN

**EXHIBIT AND WITNESS LIST**

Case Number: 5:19-CR-247

| PRESIDING JUDGE<br>Frank W. Volk | PLAINTIFF'S ATTORNEY<br>Kathleen Robeson | DEFENDANT'S ATTORNEY<br>Rhett Johnson |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER<br>Ayme Cochran | COURTROOM DEPUTY<br>Sydney Whittington |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/18/2021 | | | Witness: Donna Bolt |
| 2 | | 3/18/2021 | | | Witness: Ed Bolt |
| 3 | | 3/18/2021 | | | Witness: Chris Davis on behalf of Hauling Reorganization III, LLC d/b/a Glens Towing |
| 4 | | 3/18/2021 | | | Witness: Jeff Vickers on behalf of Premier Bank |
| 5 | | 3/18/2021 | | | Witness: Stephanie Hamilton |
| 6 | | 3/18/2021 | | | Witness: Lacy Treadway |
| 7 | | 3/18/2021 | | | Witness: Toni McCall |
| 8 | | 3/18/2021 | | | Witness: Jessica Miller |
| 9 | | 3/18/2021 | | | Witness: Dr. Kevin Bailey |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages