FILED: October 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-4170
(5:19-cr-00247-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

NATALIE P. COCHRAN,

        Defendant - Appellant.

O R D E R

      Natalie P. Cochran seeks to appeal the 135-month sentence imposed following her guilty plea to wire fraud and money laundering. The Government has moved to dismiss the appeal as barred by Cochran's waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Cochran knowingly and voluntarily waived her right to appeal and that the issues Cochran seeks to raise on appeal fall squarely within the scope of her waiver of appellate rights. Cochran's argument that the district court misinformed her as to its authority to vary prior to her plea is unconvincing, as the district court did not inform Cochran that its ability to impose a variance sentence was unfettered by any restraints, and

such a conclusion would be illogical. *See United States v. Diosdado-Star*, 630 F.3d 359, 365 (4th Cir. 2011) (noting that variances must be reasonable, adequately explained, reflect the 18 U.S.C. § 3553(a) considerations, and seriously considered).

Accordingly, we grant the Government's motion to dismiss.

Entered at the direction of the panel: Judge King, Judge Harris, and Senior Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk