IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-cr-00247

NATALIE P. COCHRAN

## DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 20, 2021 and ending on November 18, 2021, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, as evidenced in Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 22, 2021 at Beckley, WV.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:  /s/Kathleen E. Robeson
Kathleen E. Robeson
Assistant United States Attorney
VA State Bar No. 89526
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail: Kathleen.robeson@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Declaration of Publication" has been electronically filed and service has been made on all interested parties by virtue of such electronic filing this the 22nd day of November 2021.

/s/Kathleen E. Robeson
Kathleen E. Robeson
Assistant United States Attorney
VA State Bar No. 89526
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Fax: 304-347-5104
E-mail:Kathleen.robeson@usdoj.gov

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# COURT CASE NUMBER: 5:19-CR-00247; NOTICE OF FORFEITURE

Notice is hereby given that on December 03, 2020, in the case of <u>U.S. v. Natalie P. Cochran</u>, Court Case Number 5:19-CR-00247, the United States District Court for the Southern District of West Virginia entered an Order condemning and forfeiting the following property to the United States of America:

Sgl Family Rsdntl Lot in Dvlped Subdvsn at 433 4-H Lake Drive (19-USS-000250)

Sgl Family Housing Unit at 219 N. Eisenhower Drive (19-USS-000362)

Sgl Family Housing Unit at 210 Parkwood Drive (19-USS-000363)

Forfeiture money judgment in the amount of at least $1,000,000, such amount constituting of the proceeds of the violations set forth in indictment (19-USS-000364)

A $44,935.01 checks for all funds within First Community Bank account ending in 6739 held in the name of Tactical Solutions Group LLC Acct# xxxxxxx6739 (19-USS-000365) which was seized from Jason Belcher on July 01, 2019 at 1220 Ritter Drive, located in Daniels, WV

1965 Shelby Cobra sports car VIN# AE9BMAAH8H1MT1098 (19-USS-000366) which was seized from Natalie Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

2017 Yamaha Motorcycle, VIN: 9C6CE22Y5H0018561 Ser No: 9C66E22Y5H0018561 (19-USS-000367) which was seized from Natalie Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

2014 Big TEX Dump Trailer, VIN: 16VDX122XE5068547 (19-USS-000368) which was seized from Natalie Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

2017 Yamaha Motorcycle TTR23OH, VIN: 9C6CG28Y0H0016654 Ser No: 9C6CG28Y0H0016654 (19-USS-000369) which was seized from Natalie Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

2018 Polaris Model 218VF392BU, VIN: 3NSVFE92XJF410893 VIN# 3NSVFE92XJF410893 (19-USS-000370) which was seized from Natalie Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

6x14 AFG BiGT trailer, VIN: 5JTAU1419DA044992 VIN# 5JTAU1419DA044992 (19-USS-000371) which was seized from Natalie Cochran on June 25, 2019 at 433

4-H Lake Drive, located in Daniels, WV

Yamaha Timberwolf ATV, VIN: 810E-096235 VIN# 810E-096235 (19-USS-000372) which was seized from Natalie Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

2017 Honda Rubicon ATV, VIN: 1HFTE4524H4201152 VIN# 1HFTE4524H4201152 (19-USS-000376) which was seized from Natalie P. Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

Two diamond hoop earrings (19-USS-000377) which was seized from Natalie P. Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

Toyota 4Runner, VIN: JTEBU5JR8J5609828 VIN# JTEBU5JR8J5609828 (19-USS-000378) which was seized from Natalie P. Cochran on June 25, 2019 at 246 Mont Phillips Road, located in Shady Spring, WV

2008 Dodge Ram 2500, VIN: 3D7KS28A28G133447 VIN# 3D7KS28A28G133447 (19-USS-000379) which was seized from Natalie P. Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

2014 Sundown Rancher trailer, VIN; 13SKJ2828F1KA9730 VIN#  (19-USS-000380) which was seized from Natalie P. Cochran on June 25, 2019 at 433 4-H Lake Drive, located in Daniels, WV

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 20, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 110 North Heber Street, Room 119, Beckley, WV  25801, and a copy served upon Assistant United States Attorney Kathleen Robeson, 110 North Heber Street, Room 119, Beckley, WV  25801.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

    The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the

penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Kathleen Robeson, 110 North Heber Street, Room 119, Beckley, WV  25801.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 20, 2021 and November 18, 2021. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Natalie P. Cochran

**Court Case No:** 5:19-CR-00247
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/20/2021 | 24.0 | Verified |
| 2 | 10/21/2021 | 23.9 | Verified |
| 3 | 10/22/2021 | 23.9 | Verified |
| 4 | 10/23/2021 | 23.9 | Verified |
| 5 | 10/24/2021 | 23.8 | Verified |
| 6 | 10/25/2021 | 23.9 | Verified |
| 7 | 10/26/2021 | 23.9 | Verified |
| 8 | 10/27/2021 | 23.9 | Verified |
| 9 | 10/28/2021 | 23.9 | Verified |
| 10 | 10/29/2021 | 23.8 | Verified |
| 11 | 10/30/2021 | 23.9 | Verified |
| 12 | 10/31/2021 | 23.9 | Verified |
| 13 | 11/01/2021 | 23.9 | Verified |
| 14 | 11/02/2021 | 23.9 | Verified |
| 15 | 11/03/2021 | 23.9 | Verified |
| 16 | 11/04/2021 | 23.9 | Verified |
| 17 | 11/05/2021 | 23.9 | Verified |
| 18 | 11/06/2021 | 23.9 | Verified |
| 19 | 11/07/2021 | 24.0 | Verified |
| 20 | 11/08/2021 | 23.9 | Verified |
| 21 | 11/09/2021 | 23.9 | Verified |
| 22 | 11/10/2021 | 23.8 | Verified |
| 23 | 11/11/2021 | 23.8 | Verified |
| 24 | 11/12/2021 | 23.9 | Verified |
| 25 | 11/13/2021 | 23.9 | Verified |
| 26 | 11/14/2021 | 23.8 | Verified |
| 27 | 11/15/2021 | 23.9 | Verified |
| 28 | 11/16/2021 | 23.9 | Verified |
| 29 | 11/17/2021 | 23.9 | Verified |
| 30 | 11/18/2021 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.