# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:19-cr-00247

NATALIE P. COCHRAN,

and

UNITED STATES OF AMERICA,

          Plaintiff,

v.  CIVIL ACTION NO. 5:19-cv-00537

REAL PROPERTY SITUATED AT
433 4-H LAKE DRIVE, DANIELS,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures, and appurtenances thereon, and all leases, rents, and profits derived therefrom*,

REAL PROPERTY SITUATED AT
219 N. EISENHOWER DRIVE, BECKLEY,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures, and appurtenances thereon, and all leases, rents, and profits derived therefrom*,

and

REAL PROPERTY SITUATED AT
210 PARKWOOD DRIVE, BECKLEY,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures, and appurtenances thereon, and all leases, rents, and profits derived therefrom*,

          Defendants.

**ORDER**

On February 11, 2022, the Court held a status hearing to discuss the matters pending in the present actions. For reasons appearing to the Court, and as more fully stated on the record on February 11, 2022, during the hearing, and by the agreement of counsel, the Court **ORDERS**:

1. That John A. Carr, a competent attorney admitted to practice before this Court, is appointed as guardian ad litem to Natalie Cochran's minor children, to make recommendations to the Court regarding the ownership interest of the forfeited assets and other issues raised at the hearing as they relate to the minor children's interest, with Mr. Carr's fees and costs to be borne by the United States, absent its objection thereto or Mr. Carr's declination of the appointment. If Mr. Carr accepts the appointment, he may note his appearance on or before March 1, 2022, or otherwise notify the Court;

2. That the United States shall order a copy of the transcript of the hearing held February 11, 2022, for availability on the docket to facilitate Mr. Carr's review of the matter;

3. That Mr. Larry Jessup's written response to statements made by Donna Bolt on the record at the hearing is due February 18, 2022;

4. That the Parties' post-hearing briefs are due by March 25, 2022;

5. That any responses from interested parties are due by April 10, 2022;

6. That any replies are due by April 21, 2022.

The Clerk is directed to send a copy of this Order to all counsel of record, Larry Jessup, at his last known address, John A. Carr, the Prosecuting Attorney of Raleigh County, West Virginia, and any other unrepresented parties.

ENTER: February 15, 2022



Frank W. Volk
United States District Judge