I hope this email finds you healthy and well.

I previously sent you an email with the same attachment sent today. I understand that the hearing regarding the forfeiture of the Cochran home did occur on February 11th as scheduled. I would have loved to have attended to speak as an advocate for the children getting to stay in their home. I did not attend because the prosecutor's assistant, Tracy Chapman, told me that I would not be granted permission to speak because I am listed as one of Natalie Cochran's victims. After the hearing, I was told that Donna Bolt, Michael's mother, was permitted to speak. I know had I been present you would have allowed me to also share. I wished I had chosen to ignore what I was told and take my chances.

I was not there to hear exactly what was said and am only receiving secondhand information, but I understand that she requested the house be sold as soon as possible. This is difficult for me to comprehend as a mother. I cannot imagine wanting my grandchildren displaced because of my greed or vengeance toward their family. I understand how hurt Mrs. Bolt is, I also am hurting. We all lost Michael, our money, and I've lost a relationship with my family . I understood that she also stated she would purchase the home at a higher price than my parents could afford. She stated at an earlier hearing that she was "destitute", so I am not certain if she was being facetious or if she was being serious. If she was being honest and you feel this is a viable option, then I would hope if she were to purchase the home she would allow her two grandchildren to reside there until they have completed their educations and are on their own.

My parents don't want the home as their own. They sold their dream home, my father built himself, to have the money to help support my sister legally, and more importantly be able to provide as much stability for the children as possible. They are each 74 years old, they will not be able to care for the property once the children are grown and gone. They will be more than willing to find a place more suitable for themselves. Once again as mentioned in my attached letter, these children have lost more than any other victim and had no choice in the matter.

My parents cannot afford legal representation. If I had the funds, I would gladly do what I could to help. I am simply asking that if there is any legal option for the children to stay in their home, at least for a while, you please help them to do so.

I will be attending the next hearing in hopes of being a voice for ▮▮▮▮ and ▮▮▮▮ .

Thank you.

*Penny J Lowery*