FEBRUARY 11, 2022

## DONNA BOLT'S STATEMENT

Good morning Judge Volk:

I am the mother of Michael Brandon Cochran who died suddenly on February 11, 2019.

WE THE VICTIMS of Natalie Paige Cochran's Ponzi Scheme, deserve and are entitled to RESTITUTION. We are completely dependent and relying on the Dept. of Justice & the US Attorney's Office to seize ANY/ALL ASSETS and to SELL THESE ASSETS at fair market value, to recoup the funds and to aid in reducing the VICTIMS' financial losses. We are Natalie Cochran's mother and father-in-law – and she stole $245,360.60 from us.

We are concerned that Larry Jessup feels he is entitled to stay in this home and even purchase the home at the 433 4-H Lake Road, Daniels, WV. Larry Jessup even stated on record that he wrote a letter on August 28, 2021 to you, Judge Volk, requesting to stay in the home because of the 'grandchildren', and offering to purchase this home for $315,000.00. Although ▮ and ▮ won't contact us or speak to us since Michael died – they are our grandchildren too and we love them very much. They are also Michael's children – and no one can change that. If Larry Jessup says he has a claim on this home (as Natalie's parents), then we, as Michael Brandon's parents, have a claim as well on this home, and we want to purchase it for $320,000.00.

Larry Jessup is using the 'excuse' that he sold his home at 1406 Old Crow Road, Beaver, WV, to move into the 4-H Lake Road home with Natalie "as her guardian' after Natalie was indicted and arrested in September 2019, for the Ponzi Scheme. Natalie Cochran was placed on home confinement until her trial date, which finally happened in March of 2021, at which time she was ordered to serve 11 years and 3 months in Federal Prison.

Larry Jessup did not have to sell his 23-acre home on Old Crow Road, in fact, it was paid in full. Larry and Daphne Jessup only lived about 10 minutes from the Daniels, WV home, and Larry could continue to be Natalie's 'guardian' – or the Jessups could have had Natalie do 'home confinement' at the Jessups' home. Natalie and the Kids could have moved in with Larry and Daphne Jessup – as their home was a huge 5-6 bedroom, 3-4 bathroom brick home on 23 acres.

The home on 433 4-H Lake Road is all part of a pre-planned scheme of Natalie Cochran and her parents, Larry and Daphne Jessup. Why else would the Jessups sell their beautiful home?? Especially when the home was paid for??!!

Larry Jessup is using the 'Grandchildren' as an excuse to stay in the Daniels WV home. Just a reminder, ▮ and ▮ do not go to school in Raleigh County. They both attend High School in ▮, ▮ ▮ and started going there after their dad suddenly and unexpectedly died on Feb 11, 2019. ▮ is now in the ▮, and ▮ is in the ▮. The grandchildren will soon be graduating high school – and then be going off to college, so ▮ and ▮ won't be at the home.

As of Feb. 10, 2022, the Raleigh County Real Estate Tax web states that the 2018 and 2019 Real Estate Taxes on the property at 433 4-H Lake Road, Daniels, WV was 'suspended' due to Natalie Cochran

FEBRUARY 11, 2022

## DONNA BOLT'S STATEMENT

(Cont'd):

filed bankruptcy in August 2019. That amount of R.E. taxes totaling over $4,000 for both years – just disappeared off the record. The 2020 Real Estate Tax on this property was paid by 'someone' on 10/25/2021, and the First Community Bank paying around $267 in late fees for 2020. The 2021 Real Estate Taxes have yet to be paid. According to a March 26, 2021 request by the First Community Bank Attorney to the WV Southern District Bankruptcy Court, requesting 'Relief from the Automatic Stay For Abandonment' of real and personal property, and to allow FCB to file a petition to recover $15,715.66 IN SEIZED FUNDS; this attorney stated there has not been a mortgage payment made on the 433 4-H Lake Home, Daniels, WV, since January 2020. So an outstanding mortgage of around $258,998.00, plus interest fees of around $15,850.26, and other charges/fees of $5436.20, for a total of around $280,284.46 owed on this property at that time. The Bank Attorney was requesting the 'Bankruptcy Relief of Automatic Stay' so the Bank could foreclose on the property – and the Jessups were going to purchase the home. That was March 2021, It is now February 11, 2022.

  This home on 4-H Lake Road was purchased by Michael and Natalie on November 24, 2010 for the purchase price of $308,750.00. Michael did a total remodel of the home, putting his blood, sweat and tears into the remodeling of this home. He worked diligently to make the home what it is today. This elegant stately home on 4-H Lake Road, Daniels, WV, is worth well over $450,000, and sits on 3.83 level acres. After 2017 and the PONZI SCHEME WAS IN FULL FORCE, some of the improvements that were made to the home -- new furniture, paint, new windows, additional 2-car garage, central heat/air system, and beautiful white vinyl fencing that completely surrounds the 3.83 acre property – these improvements were paid for USING THE VICTIMS STOLEN MONIES.

  If Larry Jessup is requesting to purchase this 4-H Lake Road home – then we, and all of the VICTIMS, should be able to purchase this home as well.

  The First Community Bank Attorney had also requested to use the seized funds of $44,935.01 checking account ending in 6379 and listed under the name of "Tactical Solutions Group LLC", to pay off a $15,715.66 a Truck Title Lien that Natalie Cochran AND Larry Jessup both signed in March 19, 2019. Natalie Cochran sold this 2014 GMC Denali Truck to Motion Auto Sales on June 23, 2019, she received the funds, but never gave buyer the truck title because Natalie and her dad Larry took out a lien on the truck title in March 19, 2019. That $44,935.01 belongs to the VICTIMS FOR RESTITUTION. Larry Jessup should have to pay this $15,715.66 loan since his name was listed on the loan agreement and since Natalie Cochran is now in Federal Prison at Hazelton FCI.

  Larry and Daphne Jessup have been living in this home 'RENT FREE' for almost 3 years.

  Larry Jessup has also filed claims on the following ASSETS that were seized by the Government on June 25, 2019 – Natalie Cochran's $44,935.01 checking account, the 1965 Shelby Cobra Replica-Asset Value $47,000; ~~the 2017 Yamaha Motorcycle-Asset Value $2,115.00; Pair of 14K White Gold 3/8 carat Diamond Earrings-Asset Value $1,499.00; 2013 Smoky Mountain Big T Trailer-Asset Value $750.00. TOTAL ASSET VALUE: $96,299.01~~.

FEBRUARY 11, 2022

## DONNA BOLT'S STATEMENT

(Cont'd):

Larry Jessup IS NOT AND NEVER WAS A VICTIM OF FINANCIAL LOSS BY HIS DAUGHTER'S DECEIT AND EVIL DEEDS. He does not have the right nor is he entitled to any of these seized assets.

Judge Volk, the sole purpose of all these proceedings and seizures of assets, including real properties, is to recover monies that were STOLEN by Natalie Paige Cochran.
THE NUMBER 1 PRIORITY HERE IS "RESTITUTION FOR THE VICTIMS".
And, regarding the grandchildren, ▇▇▇ and ▇▇▇, they will soon graduate from High School, and be out of the home and on their own. They will be going off to college. ▇▇▇ and ▇▇▇ are very strong, and they will be just fine.

Today, FEBRUARY 11, 2022, is the 3-YEAR ANNIVERSARY OF MY SON'S DEATH.

This hearing regarding the matter of Michael's home on 433 4-H Lake Road in Daniels, WV – is being held today, on Feb. 11, 2022 on Michael's 3-Year Anniversary of his death for a reason. This is all part of God's Plan. The hearing on this matter has been postponed and rescheduled a few times – for one reason or another – as God was giving Larry and Daphne Jessup several opportunities to rethink the issue about claiming Michael's home, giving the Jessups a chance to do the right thing – because in their hearts the Jessups know they have no right or claim to this home. But I guess Larry Jessup thinks he 'DESERVES' this home. So God is having the final say, on the 3rd Anniversary of Michael Brandon's Death.

This statement is in MEMORY OF MY SON, MICHAEL BRANDON COCHRAN.
Although Michael Brandon is not here and cannot speak for himself, I am speaking on behalf of my son – I AM HIS VOICE.