Daphne Jessup
PO Box 246
Daniels, WV 25832

April 25, 2022

Honorable Judge Frank Volk
110 North Heber Street
Beckley, WV 25801

Judge Volk

My name is Daphne Jessup and I am the mother of Natalie Cochran. I am sure you have received many letters concerning my daughter, I am writing this letter because I understand very little about the workings of our court system and don't know where else to turn to get help.

I would like to first mention a few things about myself. I am seventy five years old and a retired school teacher from Raleigh County. After retirement I started a children's ministry, Sewing 4 Souls. My ministry with the help of others has reached into forty four countries with handmade clothing along with tee shirts and briefs. We have now clothed over 66,000 children, many who live in cemeteries, garbage dumps, and on the streets. We have also built eleven churches in Africa, eleven wells in various countries, and built classrooms in the slums in Africa. While helping other children I am now taking care of my daughter, Natalie's children, ▮▮▮ and ▮▮▮ which I am happy and willing to do. I would like to thank you and let you know how much I appreciate your appointing my grandchildren an attorney to represent them concerning their home.

After Natalie's sentencing I hired a lawyer in Charleston to file a 2255 on her behalf on April 16, 2021. I paid him ten thousand dollars which was all I could afford and he said that would be sufficient. He immediately cashed the check. My husband and I have called many times and left messages for him but have not received any response. Natalie reached out many times and he gave her dates when he was going to file but never did. Natalie's Power of Attorney went to his office and talked to his assistant

and still no response. Finally, I sent a notarized letter from Natalie requesting all evidence and money be returned to me twelve days ago and still no response.

My request to you is, would you be able to appoint Natalie a lawyer to help her file the 2255 because the deadline to file is up in June? If you cannot appoint a lawyer are there any other avenues I might pursue to get her help.

I want to also mention that Natalie has several medical issues that are not being addressed in a timely manner by the Hazelton prison medical staff. I would ask if you could give me any advice on whom to contact to try to get her needed help?

Respectfully submitted,

*Daphne Jessup*
Daphne Jessup

Daphne Jessup
P.O. Box 246
Daniels, WV 25832

Honorable Judge Frank Volk
110 North Heber Street
Beckley, WV 25801

RECEIVED
APR 27 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

CHARLESTON WV 250
25 APR 2022 PM 1 L

25801-000899