August 10, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,
   v.
NATALIE P. COCHRAN

CRIMINAL ACTION NO. 5:19-CR-00247
CIVIL ACTION NO. 5:19-CV-00537

REAL PROPERTY SITUATED AT
433 4-H LAKE DRIVE, DANIELS,
RALEIGH COUNTY, WEST VIRGINIA.

FILED
AUG 11 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

To the Honorable Frank Volk,

I am writing this letter contesting the current proposed sale agreement of the property situated at 433 4-H Lake Road, Daniels, Raleigh County, WV that was filed June 27, 2022.

Your Honor, as a victim in this case and as I see this sale, it benefits both the bank in which holds the debt associated with this property and Mr. Jessup. I am simply asking to consider where is the benefit to the other victims?   In my humble opinion, I feel that the property should have an appraisal and should be put on the market an appropriate amount of time at fair market price, and should be sold as such.  Selling the property in this manner would be fair to all victims involved in this matter.  If Mr. Jessup so desires he could counter any such offer on the property, and that would be a fair distribution to all victims involved in this case.

I was apprehensive to go into detail of how being a victim has fully impacted me, as I try to shelter my children as much as possible since my involvement was directly related to my efforts of trying to set up a trust.  I was afraid it would be in the news and my children would hold the guilt for my loss.  I am, to this day, still trying to overcome the financial burden this has placed on me.  I ask that you reconsider this sale of the property as it stands at this time and allow all of the victims in this case to be considered.

There are no words enough to show you my appreciation of what you have done with this case and how you have handled the matters in which were before you.

Sincerely,

*Kevin H. Bailey* (signature)

Kevin H. Bailey

KEVIN H. BAILEY, D.D.S.
CARRIAGE DRIVE MEDICAL CENTER
411 CARRIAGE DRIVE
BECKLEY, WEST VIRGINIA 25801

Attn: Judge Volk
Criminal Action No 5:19-cr-00247
Civil Action 5:19-cv-00537



RECEIVED
AUG 10 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Clerk, United States District Court
110 North Heber Street Rm 119
Beckley WV 25801

Hand Delivered
8-10-2022