# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:19-cr-00247

NATALIE P. COCHRAN,

and

UNITED STATES OF AMERICA,

                Plaintiff,

v.  CIVIL ACTION NO. 5:19-cv-00537

REAL PROPERTY SITUATED AT
433 4-H LAKE DRIVE, DANIELS,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures,
and appurtenances thereon, and all leases,
rents, and profits derived therefrom*,

REAL PROPERTY SITUATED AT
219 N. EISENHOWER DRIVE, BECKLEY,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures,
and appurtenances thereon, and all leases,
rents, and profits derived therefrom*,

and

REAL PROPERTY SITUATED AT
210 PARKWOOD DRIVE, BECKLEY,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures,
and appurtenances thereon, and all leases,
rents, and profits derived therefrom*,

                Defendants.

**ORDER**

Pending is the Joint Motion by First Community Bank, the United States of America, Larry Ray Jessup, and Robert L. Johns to Sell the Real Property Situated at 433 4-H Lake Drive, Daniels, Raleigh County, West Virginia, filed June 27, 2022. [Doc. 199 in 5:19-cr-00247, Doc. 55 in 5:19-cv-00537]. On August 26, 2022, the Court convened for a hearing on the Motion.

For reasons appearing to the Court, and as more fully stated on the record, the Court **DENIES** the Motion and **RETIRES** this action to the inactive docket pending the resolution of pending matters in the Bankruptcy Court, including the public auction and sale of the subject property.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER:   August 26, 2022

*Frank W. Volk*
Frank W. Volk
United States District Judge