# Exhibit H

IN THE
UNITED STATES DISTRICT COURT
AND
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:19-cr-00247

NATALIE P. COCHRAN.


UNITED STATES OF AMERICA,

v.  CIVIL ACTION NO. 5:19-cv-00537

REAL PROPERTY SITUATED AT
433 4-H LAKE DRIVE, DANIELS,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures,
and appurtenances thereon, and all leases,
rents, and profits derived therefrom*;

REAL PROPERTY SITUATED AT
219 N. EISENHOWER DRIVE, BECKLEY,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures,
and appurtenances thereon, and all leases,
rents, and profits derived therefrom*; and

REAL PROPERTY SITUATED AT
210 PARKWOOD DRIVE, BECKLEY,
RALEIGH COUNTY, WEST VIRGINIA,
*together with all improvements, fixtures,
and appurtenances thereon, and all leases,
rents, and profits derived therefrom*,


IN RE: NATALIE PAIGE COCHRAN

BANKRUPTCY CASE NO.: 19-50122
Chapter 7

## ORDER AND REFERRAL

Pending is a motion for clarification of this Court's August 26, 2022, Order, filed January 23, 2023, by Robert L. Johns, the Chapter 7 Trustee for the bankruptcy estate of Defendant Natalie P. Cochran. [Doc. 223]. The matter is ready for adjudication.

To the extent deemed necessary by controlling authority, and pursuant to, *inter alia*, 28 U.S.C. §§ 157 and 1334, those matters for which action is required by the United States Bankruptcy Court for the Southern District of West Virginia in the *COORDINATION AGREEMENT AMONG THE UNITED STATES OF AMERICA AND TRUSTEE ROBERT L. JOHNS* ("Coordination Agreement") entered this same day -- by example as outlined in the Coordination Agreement at paragraph 3, page 10, but not limited thereto -- are **REFERRED** to the Honorable Paul M. Black, United States Bankruptcy Judge, sitting by designation in the main case.

Judge Black is authorized to hear and determine the aforementioned matters under title 11 and all core matters arising under title 11, or arising in the matters under title 11, and may enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158. Pursuant to 28 U.S.C. § 157(b)(3), Judge Black shall determine whether the necessary actions required of the Bankruptcy Court in the Coordination Agreement constitute core proceedings under section 157 or a proceeding that is otherwise related to a case under title 11. In the event Judge Black determines any required actions are not core proceedings but are otherwise related to a case under title 11, pursuant to 28 U.S.C. § 157(c), Judge Black shall submit proposed findings of fact and conclusions of law to the undersigned.

The Court **GRANTS AS MOULDED** Mr. Johns' motion for clarification. [Doc. 223].

The Court **DIRECTS** (1) the Clerk of the United States District Court to enter this Order and Referral in the district court case(s) recited in the style and transmit a copy to Judge Black, counsel of record and any unrepresented party, and (2) the Clerk of the United States Bankruptcy Court to enter this Order in the main case in the style and to transmit notice to all counsel and parties entitled thereto.

ENTER: June 13, 2023

*Frank W. Volk*
Frank W. Volk
United States District Judge