# Exhibit J

| | |
|---|---|
| **From:** | Arthur, Chris (USAWVS) |
| **To:** | Donna Bolt |
| **Cc:** | Chapman, Tracy (USAWVS) |
| **Subject:** | RE: Natalie Paige Cochran Update |
| **Date:** | Monday, October 30, 2023 12:07:00 PM |

Trustee Blickenstaff plans to auction the two remaining real properties in the next 45 days.  He has an auctioneer who will advertise and pick a date he believes will generate the most interest.  Those two properties do not have liens against them and hopefully they will generate in excess of $100,000, $65,000 to $75,000 the one property and $20,000 to $25,000 the other property.  Also, he is working with an expert to value the Cobra and to schedule a date to auction the car.  Mr. Blickenstaff believes that auction will occur in January.  He also plans to auction the remaining personal property in January.  Assuming the sales are not delayed, he believes the bankruptcy can be closed by March or April of next year and the bankruptcy court can enter an order distributing funds to the victims and any other creditors shortly after the final report is filed by the trustee.  I will mark on my calendar to provide you another update in December.


Chris R. Arthur
Assistant United States Attorney
Southern District of West Virginia
300 Virginia Street, #4000
Charleston, West Virginia 25301
Office:  304-345-2200
Direct:  304-531-9520
Cell:  304-546-2875


SENSITIVE/PRIVILEGED COMMUNICATION: Attorney-Client Privilege/Attorney Work Product:  The information contained in this electronic message and any and all accompanying documents constitutes sensitive and privileged information.  This information is the property of the U.S. Department of Justice.  This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use, or copying of this message is strictly prohibited.  If you received this message in error, please reply immediately to the sender and delete this message.