# Exhibit K

## Pittman, Kim (USAWVS)

| | |
|---|---|
| **From:** | Arthur, Chris (USAWVS) |
| **Sent:** | Wednesday, November 1, 2023 11:22 AM |
| **To:** | Donna Bolt |
| **Cc:** | Chapman, Tracy (USAWVS) |
| **Subject:** | RE: Natalie Paige Cochran Update |

I spoke with Mr. Blickenstaff and he clarified the following:

1. Different auctioneer will be used. Joseph Pyle will be the auctioneer going forward;

2. Guns—the Raleigh County prosecutor and the WV State Police are not prepared to release any guns due to the active criminal case. Until the WV State Police are willing to release any guns, nothing the Trustee can do;

3. Real estate—people vacated the house several months ago. Blickenstaff said they left it in good shape. Blickenstaff retained a realtor to market and to oversee the sale of the house. He said the realtor said a smaller house that is not as nice recently sold for $168,000. Realtor believes that house will do better than that number;

4. Eisenhower property—Blickenstaff is relying on the realtor and auctioneer to determine best avenue to sell. He reiterated the market does not appear to be strong for commercial property in that location, but he will defer to the realtor's expertise.

5. Car and personal property—auctioneer will oversee the sale of those items. Date has not been finalized yet, but he is hopeful the sale of the personal property will occur early next year; and

6. Property being removed—Mr. Blickenstaff said he will investigate that allegation and likely will follow up with Jessup.



Chris Arthur
Assistant U.S. Attorney
Southern District of West Virginia
Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Suite 4000
Charleston, WV 25301
Direct: 304-340-7851
Email: Chris.Arthur@usdoj.gov

From: Donna Bolt <dboltrn@yahoo.com>
Sent: Wednesday, November 1, 2023 10:59 AM
To: Arthur, Chris (USAWVS) <carthur@usa.doj.gov>
Subject: [EXTERNAL] RE: Natalie Paige Cochran Update