# Exhibit L

DONNA KAY BOLT

BEAVER, WV 25813-9094

NOVEMBER 13, 2023

TO:     HONORABLE FEDERAL JUDGE FRANK VOLK
Federal Court of WV Southern District
Robert C. Byrd U.S. Courthouse
110 North Heber Street, Beckley WV 25801

TO:     HONORABLE FEDERAL BANKRUPTCY JUDGE PAUL BLACK
Federal Bankruptcy Court, Western District of Virginia
210 Church Avenue, SW
Roanoke, VA 24011

REGARDING:     NATALIE COCHRAN'S PUBLISHED BOOK

Criminal Case #5:19-cr-00247 / Civil Case #5:19-cv-00537 / Bankruptcy Case #5:19-bk-50122

Good afternoon Judges:

As you are aware, Convicted FELON Natalie Paige Cochran is serving an 11 yr 3 month Prison Sentence at the Hazelton FCI, Bruceton Mills, WV, for her Financial Fraud Scheme – of which Ms. Cochran stole over $2.5 Million Dollars from her unsuspecting individuals. Over $1 million dollars is out there somewhere, no where to be found. The Federal Government cannot locate the whereabouts of this stolen money.

It was brought to my attention a few months ago, that Ms. Cochran has written some sort of a book while she was, in fact, a Prisoner in this Hazelton FCI Federal Prison.

First, how did this happen?

Second, Ms. Cochran was on severe restrictions for the Indictment of '1st Degree Pre-Mediated Murder of her husband (my son), Michael Brandon Cochran'; how was she able to have privileges to compose a book? The indictment of 1st degree murder was just dismissed on April 19, 2023, without prejudice, and the book was published May 27, 2023.

DONNA KAY BOLT

██████████████

BEAVER, WV 25813-9094

██████████████

NOVEMBER 13, 2023

(Cont'd):

As of October 24, 2023, Ms. Cochran has again been Re-Indicted for 1st Degree Pre-Mediated Murder of my son, Michael Brandon; so Ms. Cochran's severe restrictions have hopefully been replaced.

I wasn't sure which Case Number this issue falls under, so I listed all 3: Criminal, Civil, and Bankruptcy.

My issue is: since Ms. Cochran has published a book on AMAZON, shouldn't the proceeds from the sale of this book be seized/confiscated, to pay back the millions of dollars that she has stolen from her VICTIMS??

The sale of Michael's home on 433 4-H Lake Road, Daniels WV, did not go well at all. The Auctioneer Carl Crowder and his team, were deceiving potential bidders – telling them false information, SO, there were NO bidders on the home. Natalie Cochran's parents (Larry and Daphne Jessup) and other family members were present during the Public Auction, just sitting on the porch and watching. I disagree that they were there at all – this shouldn't have been allowed at all. I did see Bankruptcy Trustee Robert Johns there during the '??auction??' (if that's what you want to call it). So, I would think that the Daniels WV home would go back to the Bankruptcy Trustees (not to First Community Bank), to go back up for another Public Auction/Resale, and the Trustees should try again to get the home sold to pay back some funds to the victims.

All I know is that neighbors see Daphne Jessup and Charles Hawley (Natalie Cochran's mom and uncle), having free reign of this home, daily going there and moving things out since August 25, 2023. One victim contacted the First Community Bank and was told that the Jessups continue to have control of this home, and taking things out, and wanting to remove the appliances that belong in the home for the auction. Sounds like Natalie Cochran's parents/family are still running things as they always have.

It just seems that NO ONE CARES about the VICTIMS – no one cares if they sell the assets for any amount of money – just so long as the assets get sold and the case can be closed and off the books. "JUST GET IT SOLD" is the attitude that is taken. The U.S. Attorney, the Bankruptcy Trustees, even the Judges -- it wasn't your money that was stolen, and it may not be a lot of money to those of you. But I can tell you, the $245,360.60 that Natalie Cochran stole from us was our retirement fund; it wasn't much but it sure could have helped us to live a more comfortable life in our retirement years.

DONNA KAY BOLT

BEAVER, WV 25813-9094

NOVEMBER 13, 2023

(Cont'd):

Anyway, I just wanted to inform you of this book, another way that Convicted FELON Natalie Cochran is cheating the VICTIMS.

I am requesting that you Judges please assist the VICTIMS of NATALIE PAIGE COCHRAN – we sure would like to have some of our stolen money back.

I would appreciate it if you Judge Volk, and you Judge Black, would step in and STAND UP for the VICTIMS, use your Power and Authority, and do something to ASSIST THE VICTIMS.

Please investigate the situation regarding the Seized Assets and Natalie's book. And, please find out WHAT IN THE HECK IS GOING ON!!

Thank you.

*Donna Kay Bolt*

DONNA KAY BOLT
(Michael Brandon Cochran's MOM)

(Enclosed: Picture of Natalie Cochran's book for sale on AMAZON)



The Dandelion Ministry Growing in Grace: Devotion and Reflection Journal

by Natalie Paige Cochran and Nicole Raye Cochran | May 27, 2023

Paperback

$16.00

✓prime

FREE delivery Tue, Nov 7 on $35 of items shipped by Amazon

Criminal Case #: 5:19-cr-00247
Civil Case #: 5:19-cv-00537
Bankruptcy Case #: 5:19-bk-50122

Donna Kay Bolt
11/13/2023






Donna Kay Bolt
Beaver, WV 25813-████

CHARLESTON WV 250
13 NOV 2023 PM 2 L

RECEIVED
NOV 15 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Honorable Federal Judge Frank Volk
Federal Court of WV Southern District Court
Robert C. Byrd U.S. Courthouse
110 North Heber Street
Beckley, WV 25801

25801-455244