# Exhibit M

November 24, 2023

Honorable Federal Judge Frank Volk
Federal Court of WV Southern District
Robert C. Byrd U.S. Courthouse
110 North Heber Street,
Beckley, WV 25801

Honorable Federal Bankruptcy Judge Paul Black
Federal Bankruptcy Court, Western District of Virginia
210 Church Avenue, SW
Roanoke, VA 24011

**Regarding: Donna Bolt's letter about Natalie P. Cochran's published book on 11/13/23**

To The Honorable Judges:

My name is Daphne Jessup, mother of Natalie Cochran. I am writing in response to the letter written by Donna Bolt concerning Natalie and Nicole Cochran's book, Dandelion Ministry Group. Since my daughter, Natalie, has been incarcerated, God has used her to reach other inmates with the gospel. The first unit she was assigned to had a hundred and twenty women. Fifty-nine of the women eventually filled her weekly Bible study group. I was able to send Bible study books, journals, and Bibles to the group. The total of books I have sent has reached to over 350. I have sent 46 of the devotional books that Natalie and her daughter, Nicole, have written to SFF Hazleton prison, and also to the federal camp in Lexington, KY. Friends have purchased 30 books to use in a jail ministry in Tennessee. I'm the one who got the book published and set up a bank account for the Dandelion Ministry Group with my personal funds. I am attaching my bank statement for this account. We have sold 100 books at this time through Amazon. Amazon charges to print the book and directly deposits profits in to the ministry bank account. I wish to assure you, Natalie nor Nicole will never profit from this book. All proceeds will be used to get the Dandelion Ministry Book into other prison ministries.

I assure you that the letter you received from Donna Bolt about Natalie cheating the system by selling this book is completely untrue. Thank you for your time in reading my letter with my concerns about this matter.

Respectfully,

*Daphne Jessup*
Daphne Jessup



**First Community Bank**
P.O. Box 1014
Bluefield, VA 24605

Member FDIC


firstcommunitybank.com

| | |
|---|---|
| Date 5/15/23 | Page 1 |
| Primary Account | Acct Ending ▆ |
| Branch 29 | |
| Enclosures | |

7229689

Daphne A Jessup
Funds for Dandelion Ministry Group
▆▆▆▆▆▆▆▆
Daniels WV 25832

## Checking Accounts

Our 24/7 XpressBanker ATMs help make more time for the people and places you love most. By skipping the drive-thru lane and setting your own time to deposit checks and cash, conduct transfers, make loan payments, collect withdrawals, and more, you'll have more time to catch up with friends and family, take a hike, see a movie, or even balance the rest of your books -- if you're really into that.

```
COMMUNITY 50 CHECKING              Number of Enclosures          0
Account Number    Acct Ending      Statement Dates  4/18/23 thru  5/15/23
Previous Balance          510.00   Days in the statement period       28
   Deposits/Credits          .00
   Checks/Debits             .00
Service Charge               .00
Interest Paid                .00
Current Balance           510.00
```

\* \* \* END OF STATEMENT \* \* \*



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FDIC EQUAL HOUSING LENDER



**First Community Bank**
P.O. Box 1014
Bluefield, VA 24605

firstcommunitybank.c

| | |
|---|---|
| Date 6/15/23 | Page 1 |
| Primary Account Acct Ending ▮▮▮ | |
| Branch 29 | |
| Enclosures | |

8541541

Daphne A Jessup
Funds for Dandelion Ministry Group
▮▮▮▮▮▮▮▮
Daniels WV 25832

## Checking Accounts

Our 24/7 XpressBanker ATMs help make more time for the people and places you love most. By skipping the drive-thru lane and setting your own time to deposit checks and cash, conduct transfers, make loan payments, collect withdrawals, and more, you'll have more time to catch up with friends and family, take a hike, see a movie, or even balance the rest of your books -- if you're really into that.

```
COMMUNITY 50 CHECKING                    Number of Enclosures              0
Account Number        Acct Ending ▮▮▮    Statement Dates  5/16/23 thru 6/15/23
Previous Balance              510.00     Days in the statement period    31
     Deposits/Credits            .00
     Checks/Debits               .00
Service Charge                   .00     Interest Earned                 .01
Interest Paid                    .01     Annual Percentage Yield Earned  0.02%
Current Balance               510.01     2023 Interest Paid              .01
```



## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 6/15 | Interest Deposit | .01 |

* * * END OF STATEMENT * * *



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FDIC



**First Community Bank**
P.O. Box 1014
Bluefield, VA 24605

| | |
|---|---|
| Date 7/18/23 | Page 1 |
| Primary Account | Acct Ending ▓▓ |
| Branch 29 | |
| Enclosures | |

8762761
Daphne A Jessup
Funds for Dandelion Ministry Group
▓▓▓▓▓▓▓▓
Daniels WV 25832

## Checking Accounts

Effective July 3, 2023, we updated the rates on our tiered Community Savings and Community Money Market accounts. See the new tiers at firstcommunitybank.com/personal/products/community-savings or firstcommunitybank.com/personal/products/community-money-market

| COMMUNITY 50 CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | Acct Ending ▓▓ | Statement Dates 6/16/23 thru | 7/18/23 |
| Previous Balance | 510.01 | Days in the statement period | 33 |
| 1 Deposits/Credits | .01 | | |
| Checks/Debits | .00 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 510.02 | 2023 Interest Paid | .01 |



### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 7/13 | ACCTVERIFY AMAZON.COM, INC. | .01 |

\* \* \* END OF STATEMENT \* \* \*

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**First Community Bank**
P.O. Box 1014
Bluefield, VA 24605



| | |
|---|---|
| Date 8/15/23 | Page 1 |
| Primary Account | Acct Ending ▇▇▇ |
| Branch 29 | |
| Enclosures | |

8955460
Daphne A Jessup
Funds for Dandelion Ministry Group
▇▇▇▇▇▇▇▇▇▇
Daniels WV 25832

## Checking Accounts

Effective July 3, 2023, we updated the rates on our tiered Community Savings and Community Money Market accounts. See the new tiers at firstcommunitybank.com/personal/products/community-savings or firstcommunitybank.com/personal/products/community-money-market

| COMMUNITY 50 CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | Acct Ending ▇▇▇ | Statement Dates 7/19/23 thru | 8/15/23 |
| Previous Balance | 510.02 | Days in the statement period | 28 |
| Deposits/Credits | .00 | | |
| Checks/Debits | .00 | | |
| Service Charge | .00 | Interest Earned | .01 |
| Interest Paid | .01 | Annual Percentage Yield Earned | 0.03% |
| Current Balance | 510.03 | 2023 Interest Paid | .02 |



### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 8/15 | Interest Deposit | .01 |

\* \* \* END OF STATEMENT \* \* \*

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



First Community Bank
P.O. Box 1014
Bluefield, VA 24605

firstcommunitybank.com

| | |
|---|---|
| Date 9/18/23 | Page 1 |
| Primary Account Acct Ending ▮▮▮▮ | |
| Branch 29 | |
| Enclosures | |



9148627
Daphne A Jessup
Funds for Dandelion Ministry Group
▮▮▮▮▮▮▮▮▮▮▮▮
Beaver WV 25813

9/23

## Checking Accounts

Don't be lured by phishing emails or scammy texts that only look official. First Community Bank will never demand info or payment immediately by cash or gift card. If you get a message that feels wrong, don't click a link! Stay calm and contact us. Buying a home? Find your FCB Mortgage Pro at firstcommunitybank.com/mortgage.

| COMMUNITY 50 CHECKING | | | |
|---|---|---|---|
| Account Number | Acct Ending ▮▮▮▮ | Number of Enclosures | 0 |
| Previous Balance | 510.03 | Statement Dates 8/16/23 thru 9/18/23 | |
| 1 Deposits/Credits | 20.52 | Days in the statement period | 34 |
| Checks/Debits | .00 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 530.55 | 2023 Interest Paid | .02 |



### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 8/29 | PAYMENTS   AMAZON.COM, INC.  DAPHNE A. JESSUP | 20.52 |

* * * END OF STATEMENT * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION





First Community Bank
P.O. Box 1014
Bluefield, VA 24605

Date 10/17/23  Page 1
Primary Account  Acct Ending ▇▇▇
Branch 29
Enclosures

9330234
Daphne A Jessup
Funds for Dandelion Ministry Group
▇▇▇▇▇▇▇▇▇▇▇▇
Beaver WV 25813

## Checking Accounts

Did you know that fake bank messages are the most-reported text scam? We'll never reach out demanding that you log into your account or make a transaction on a deadline. We also won't ask odd questions or request private data. For more info on how to be fraud-alert and stay scam-safe, visit BanksNeverAskThat.com.

COMMUNITY 50 CHECKING
Account Number           Acct Ending ▇▇▇
Previous Balance                    530.55
  1 Deposits/Credits                 34.76
    Checks/Debits                      .00
Service Charge                         .00
Interest Paid                          .01
Current Balance                     565.32

Number of Enclosures                     0
Statement Dates    9/19/23 thru 10/17/23
Days in the statement period            29

Interest Earned                        .01
Annual Percentage Yield Earned       0.02%
2023 Interest Paid                     .03

## Deposits and Additions

| Date  | Description                              | Amount |
|-------|------------------------------------------|--------|
| 9/29  | PAYMENTS    AMAZON.COM, INC. DAPHNE A. JESSUP | 34.76  |
| 10/17 | Interest Deposit                         | .01    |

* * * END OF STATEMENT * * *



NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FDIC / EQUAL HOUSING LENDER



First Community Bank
P.O. Box 1014
Bluefield, VA 24605



firstcommunitybank.com

| | |
|---|---|
| Date 11/15/23 | Page 1 |
| Primary Account | Acct Ending |
| Branch 29 | |
| Enclosures | |

9503398
Daphne A Jessup
Funds for Dandelion Ministry Group
Beaver WV 25813

## Checking Accounts

Keep your finances festive this holiday season with our FCB Visa Debit Cards & XpressBanker ATMs. Whether you're looking to cash or deposit a check, make a loan payment, or withdraw funds, XpressBankers are available 24/7. And, don't forget to call 800-971-4671 to increase your daily limit before taking your card shopping.

COMMUNITY 50 CHECKING
Account Number       Acct Ending 

| | | | |
|---|---|---|---|
| Previous Balance | 565.32 | Number of Enclosures | 0 |
| 1 Deposits/Credits | 26.86 | Statement Dates 10/18/23 thru 11/15/23 | |
| Checks/Debits | .00 | Days in the statement period | 29 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 592.18 | 2023 Interest Paid | .03 |



## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/30 | PAYMENTS     AMAZON.COM, INC.<br>DAPHNE A. JESSUP | 26.86 |

\* \* \* END OF STATEMENT \* \* \*

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FDIC  EQUAL HOUSING LENDER

Daphne A. Jessup
[redacted]
Daniels, WV 25832

**CERTIFIED MAIL**
7021 1970 0000 1755 9323

**RECEIVED**
NOV 29 2023
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Retail

25801
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
DANIELS, WV 25832
NOV 27, 2023
**$6.18**
R2308M154183-18

Judge Frank Volk
Robert C. Byrd U.S. Courthouse
110 North Heber Street.
Beckley, WV 25801

Case 5:19-cv-02407 Document 692-64 Filed 12/09/23 Page 9 of 9 PageID #: 32060